IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:21-CV-192-DCK

| ASHLEY M. WILSON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Permission To File Extra Pages In Section 1 Of The Plaintiff's Brief" (Document No. 11) filed December 4, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

It does not appear that Plaintiff's counsel conferred with Defendant's counsel as required by LCvR 7.1(b); nevertheless, in this instance the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that the "Motion For Permission To File Extra Pages In Section 1 Of The Plaintiff's Brief" (Document No. 11) is **GRANTED**. Plaintiff's extra pages in Document No. 10-2 are allowed.

**SO ORDERED**.

Signed: December 6, 2021

David C. Keesler
United States Magistrate Judge