# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Ashley M. Wilson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00192-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2022 Order.

January 14, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court